UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SUSAN FRANCIS, | Civil Action No. 1:21-CV-00669 |
| Plaintiff, | Judge Pamela A. Barker |
| v. | |
| NORTHEAST OHIO NEIGHBORHOOD HEALTH SERVICES, INC., *et al.*, | |
| Defendants. | |

## ORDER GRANTING PARTIES' JOINT MOTION

**IT IS HEREBY ORDERED** that Plaintiff Susan Francis and Defendants Northeast Ohio Neighborhood Health Services, Inc., Perry Murdock, and Dr. Erika Staneff's joint motion to dismiss Plaintiff's lawsuit with prejudice, each party to bear its own costs, and for this Court to retain jurisdiction to enforce the settlement agreement is **GRANTED.**

**IT IS SO ORDERED.**

Dated: February 15, 2022

Judge Pamela A. Barker